# Exhibit 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

Jean M. DeWitt

Debtor

_____/

Chapter 13
Case No. 14-10848
Honorable Diane Finkle

**<u>MOTION OF WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE
REGISTERED HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2007-
NCW, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NCW FOR
RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362</u>**

Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR

Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-

NCW, a secured lien holder in the above captioned Chapter 13 proceeding, moves this court for

an order, pursuant to 11 U.S.C. §362(d) and Rule 4001 of the Rules of Bankruptcy Procedure,

for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which

it holds on real property known and numbered as 177 Magill Street, Pawtucket, RI, 02860.

In support of its motion, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered

Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through

Certificates Series 2007-NCW states the following:

1.      On February 23, 2007, Jean DeWitt, executed a note to New Century Mortgage

Corporation in the original principal amount of $276,000.00 (the "Note").  The Note was

subsequently endorsed in blank and transferred over to Movant (assignee).

2.      The Note is secured by a mortgage to Mortgage Electronic Registration Systems, Inc.,

dated February 23, 2007 and recorded with the Pawtucket Town Hall records of Land Evidence

at Book L2822, on Page 323 (the "Mortgage").  The Mortgage was subsequently assigned to Wells Fargo Bank, N.A., As Trustee, on behalf of the Registered Holders of the MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW by assignment of Mortgage dated September 19, 2013 and recorded with Pawtucket Town Hall records of Land Evidence at Book L3654, Page 124. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 177 Magill Street, Pawtucket, RI 02860. (the "Property")

3.      Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW is the current holder of the Mortgage.

4.      Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW is the current holder of the Note.

5.      Select Portfolio Servicing, Inc. is the servicing agent for Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW.

6.      The entity which has the right to foreclose is: Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW by virtue of being the holder and owner of the note.

7.      On April 14, 2014, the Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

8.      The Note and the Mortgage are in default for the May 1, 2014 payment and all subsequent payments, plus reasonable attorney's fees and costs and other charges incurred.

9.      There is no other collateral securing the obligation.

Case 1:14-bk-10848    Doc 48    Filed 09/04/14    Entered 09/04/14 09:20:53    Desc Main
Document    Page 3 of 5

10.    According to Schedule D, the fair market value of the Property is $132,000.00. Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW estimates that the liquidation value of the Property is no greater than $124,080.00, which is the market value minus 6% for the cost of sale.

11.    According to Schedule E, Narragansett Bay Commission holds an additional lien on the Property in the amount of $5,414.02.

According to Schedule F, National Grid holds an additional lien on the Property in the amount of $3,140.73.

According to Schedule F, National Grid holds an additional lien on the Property in the amount of $2,110.76.

According to Schedule F, Pawtucket Water Supply Board holds an additional lien on the Property in the amount of $967.12.

12.    According to Schedule C, the Debtor is not claiming an exemption in the Property.

13.    To the knowledge and belief of Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW, there is no declaration of homestead recorded against the Property.

14.    As of August 12, 2014, the total outstanding balance owed on the Note is $511,372.36.

15.    The estimated amount of encumbrances on the Property is $523,004.99.

16.    The Debtor's arrearage at the time of filing totaled $228,474.73.

17.    Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-

NCW is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because the Debtor has not made payments pursuant to the Note and Mortgage.

18.    Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(2) because the Debtor has no equity in the Property and the Property is not necessary for an effective reorganization.

WHEREFORE, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW moves that the court enter an order granting Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may exercise its rights pursuant to the Note and Mortgage in accordance with applicable state and federal law, and may commence a summary process action against occupants of the Property. Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW moves that entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

> Wells Fargo Bank, N.A., as Trustee, on Behalf of the Registered Holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW
> By its attorneys,

Date:    September 4, 2014

> _____/s/Timothy W. Larson_____
> Timothy W. Larson, Esq. 7948
> Orlans Moran PLLC

PO Box 540540
Waltham, MA 02454
Phone: (781) 790-7800
Fax: (781) 790-7801
Email: bankruptcy@orlansmoran.com
File Number: 14-005863

**Within fourteen (14) days after service as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 626-3190. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.**