# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JEAN DEWITT,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2007-NCW, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SPECIALZED LOAN SERVICING, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:18-CV-00094-WES-LDA |

## AFFIDAVIT OF ___Nichole Renee Williams___ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

*Nichole Renee Williams* , being duly sworn, deposes and says:

1. I am over the age of 18 years and I am not a party to this action, and I am employed as a *Assistant Vice President (AVP)* at Bank of America, N.A. ("BANA"). This affidavit is based upon my own knowledge, my experience as a ___*AVP*___ of BANA, my familiarity with BANA's practices and procedures, and my review of its business records created and maintained in the ordinary course of business including BANA's routing and transfer history of the subject note. If called as a witness, I could testify competently to each of the facts herein.

2. I make this affidavit in support of Defendants' Motion for Summary Judgment.

3. In my capacity as a *AVP* of BANA, I have access to the business records created and maintained by BANA during the regular course of its business. I have been trained in, and have personal knowledge of, BANA's record policies and procedures, including how

99684847.4

records are created and maintained. BANA relies on these records in the regular course of its business.

4. On _April 26_, 2018, I personally reviewed BANA's routing and transfer history of the subject note that relates to the account of Plaintiff Jean Dewitt ("Plaintiff").

5. Based upon this routing and transfer history, effective April 3, 2007, New Century sold its interest in the Note, as defined in Defendants' Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment (the "SMF"), and transferred its servicing rights in the Loan, as defined in the SMF, to BANA.

BANK OF AMERICA, N.A.

Signed: _Nichole Renee Williams_ _4/26/2018_
Name: _Nichole Renee Williams_
Title: _Assistant Vice President_

STATE OF ___Texas___ )
                          )    ss.:
COUNTY OF ___Dallas___ )

On the 26 day of _April_ in the year 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared _Nichole Renee Williams_, personally known to me or proved to me on the basis of satisfactory evidence to the individual(s) whose names is subscribed to the within instrument and acknowledged to me that he/she executed same in his/her capacity, and that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_Sherry L Braby_ _4/26/18_
Notary Public _Sherry L. Braby_



SHERRY L BRABY
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-31-20
Notary ID # 355151-5

99684847.4